```
SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>         Plaintiff,<br><br>    vs.<br><br>Helua Holly Rashed; Rashed M. Rashed; and DOES 1 through 10, inclusive,<br><br><br>         Defendants | Case No.: 2:06-CV-0166-MCE-PAN (JFM)<br><br>**PLAINTIFF'S STIPULATED DISMISSAL OF RASHED M. RASHED AND ORDER**<br><br>Complaint Filed:  JANUARY 25, 2006 |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (Rashed M. Rashed) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remain open with remaining Defendants.  Defendant (Rashed M. Rashed) is dismissed because Defendant is no longer the business operator.

1
2   Dated: May 18, 2006                               /s/Scott N. Johnson
                                                     SCOTT N. JOHNSON
3                                                    Plaintiff, In Pro Per
4
5   **IT IS SO ORDERED**.
6
7   Dated: May 22, 2006
8
                                                     _____
9                                                    MORRISON C. ENGLAND, JR
                                                     UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

PLAINTIFF'S STIPULATED DISMISSAL and Proposed ORDER
                              CIV: S-06-00166-MCE-PAN (JFM)