IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,       No. 2:06-cv-0166-MCE-PAN

    Plaintiff,

    v.       <u>ORDER</u>

HELUA HOLLY RASHED,[1]

    Defendants.

_____/

    Plaintiff's motion for entry of default judgment came on regularly for hearing May 18, 2006.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(b)(17) and 28 U.S.C. § 636(b)(1).

    On July 26, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days.   Neither party has filed objections to the Findings and Recommendations.

///

---

[1] Defendant Rashed M. Rashed was dismissed by order filed May 22, 2006.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed July 26, 2006, are adopted in full;

2. Plaintiff's April 14, 2006 motion for default judgment is granted;

3. Default judgment against defendant Helua Holly Rashed is entered in favor of plaintiff;

4. Defendant Helua Holly Rashed is directed to install at her business a van-accessible parking space and an accessible path of travel from the access aisle of that van-accessible parking space to the business' sidewalk in accordance with the ADA and its accompanying guidelines;

5. Defendant is directed to pay plaintiff damages in the amount of $8,000.00; and

6. Defendant is directed to comply with the terms of any order adopting these findings and recommendations within ninety (90) days.

DATED: August 22, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2