UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

Scott N. Johnson

    v.

Helua Holly Rashed

_____

DEFAULT JUDGMENT

Case No. 2:06-CV-166 MCE PAN

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

**Helua Holly Rashed**

August 22, 2006

VICTORIA C. MINOR, CLERK

By:  /s/ K. Yin
K. Yin, Deputy Clerk